```
MCCARTHY TIRE SERVICE CO., INC.            CHECK DATE 12/11/2025        CHECK NO.
EMPLOYEE          RICHARD K. CHRISTMAN                         SOCIAL SECURITY #    ###-##-7861
                  HOURLY RATE: $37.1300                        PERIOD   12/02/2025-12/08/2025
TYPE   DESCRIPTION                           HOURS          AMOUNT
 99    BONUS                                   .00          1000.00
TOTAL GROSS PAY:    1000.00                  NET PAY:        746.26

DEDUCTIONS DESCRIPTION                                      AMOUNT              YEAR TO DATE
500        401-K                                             40.00                 2553.06

  FED. TAX      FICA           STATE          STATE U/C        CITY
    95.84       76.50           30.70            .70           10.00

              YEAR TO DATE TOTALS                                           YEAR TO DATE
  FED. TAX      FICA           STATE          STATE U/C        CITY          GROSS PAY
   8246.39     4601.58         1846.62          44.68          601.43         63926.93

TIME-OFF HOURS SUMMARY:         EARNED       USED        BALANCE
                  VACATION        .00        32.00        20.00
                  PERSONAL        .00          .00        40.00
                  FLT.HOL.        .00          .00         8.00
```

MCCARTHY TIRE SERVICE CO., INC.
                              Community Bank NA - Albany, NY                      60-912/313
                                                       CHECK NO.    1133584
                                                       DATE         12/11/2025

* THIS IS NOT A CHECK *                                              *******746.26

  Seven Hundred Forty-Six Dollars And 26 Cents *********

Pay to the
Order of      RICHARD K. CHRISTMAN
              20 SCRUEMAN ST

              HANOVER TWP, PA  18706

                                                        * * * * * V O I D * * * * *

```
MCCARTHY TIRE SERVICE CO., INC.              CHECK DATE 12/26/2025              CHECK NO.
EMPLOYEE              RICHARD K. CHRISTMAN                SOCIAL SECURITY #   ###-##-7861
                 HOURLY RATE: $37.1300                    PERIOD  12/17/2025-12/23/2025
TYPE   DESCRIPTION                              HOURS             AMOUNT
 10    REGULAR TIME                             40.00             1485.20
TOTAL GROSS PAY:   1485.20                      NET PAY:           901.02

DEDUCTIONS  DESCRIPTION                                   AMOUNT           YEAR TO DATE
 400        HOSPITAL-BC/BS PRE TAX W/WELLNESS DISC%       148.50              3465.50
 404        VISION PLAN                                     1.38                32.07
 410        DENTAL INSURANCE - PRE TAX                      7.63               177.77
 500        401-K                                          59.41              2553.06
 600        UNITED WAY                                      3.00               126.00
 804        ACCIDENT                                        4.97               113.37
 805        HOSPITAL INDEMNITY                              5.48               125.08
 806        CRITICAL ILLNESS                               22.02               502.42
 813        LOCAL SERVICES TAX (LST)                        1.00                42.00

 FED. TAX       FICA          STATE          STATE U/C         CITY
  174.14       101.57         40.76            1.04           13.28

                   YEAR TO DATE TOTALS                                   YEAR TO DATE
 FED. TAX       FICA          STATE          STATE U/C         CITY      GROSS PAY
 8246.39       4601.58       1846.62           44.68          601.43     63926.93

TIME-OFF HOURS SUMMARY:              EARNED       USED       BALANCE
                      VACATION          .00      32.00        20.00
                      PERSONAL          .00        .00        40.00
                      FLT.HOL.          .00        .00         8.00
```

MCCARTHY TIRE SERVICE CO., INC.
                              Community Bank NA - Albany, NY                60-912/313

                                              CHECK NO.   1137780
                                              DATE        12/26/2025

* THIS IS NOT A CHECK *                                   ******901.02


  Nine Hundred One Dollars And 2 Cents *********

Pay to the
Order of     RICHARD K. CHRISTMAN
             20 SCRUEMAN ST

             HANOVER TWP, PA  18706

                                                   ***** V O I D *****